UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KELLY TOBUCK,

                Plaintiff,

                      23 Civ. 1356 (LGS)

       -against-

                      <u>ORDER</u>

DAVID C. BANKS, et al.,

                Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, an Opinion and Order dated March 29, 2024, granted Defendants' motion for summary judgment in part and granted Plaintiff leave to amend the Complaint to seek enforcement of the 2021 Findings of Fact and Decision.

      WHEREAS, on April 19, 2024, Plaintiff filed the First Amended Complaint, adding a second cause of action accordingly. It is hereby

      **ORDERED** that the parties shall file a letter by **May 7, 2024**, jointly proposing next steps in this action.

Dated: April 22, 2024
       New York, New York

                                              LORNA G. SCHOFIELD
                                             **UNITED STATES DISTRICT JUDGE**