UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
KELLY TOBUCK,
                        Plaintiff,

             -against-

DAVID C. BANKS, et al.,
                       Defendants.
------------------------------------------------------------ X

23 Civ. 1356 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that, by **May 23, 2025**, the parties shall file a joint letter updating the Court on any progress of settlement negotiations.

Dated: May 20, 2025
       New York, New York

                                      LORNA G. SCHOFIELD
                                      UNITED STATES DISTRICT JUDGE